UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80040-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

VIOLETA DAVILA,
    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING THE PETITION

**THIS CAUSE** come before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the report and recommendations of a United States Magistrate Judge. Upon consideration of the Report and Recommendation and in accordance with *28 U.S.C. §636 (B)(1)(c)*, as no timely objections have been filed, it is

**ORDERED** and **ADJUDGED** that:

The Magistrate Judge's Report and Recommendations are **adopted** and the petition is **dismissed**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ____ day of December, 2008.

**copy furnished:**
AUSA William T. Zloch
AFPD Samuel Smargon
United States Probation Office

Daniel T. K. Hurley
United States District Judge